FILED
MAR 03 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLE GOMEZ GARCIA,<br><br>　　　　Defendant | Case No. 20-CR-1825-DMS<br><br>**ORDER OF AND JUDGMENT OF DISMISSAL** |

The court, having read and considered the Government's Motion to Dismiss the case, and finding good cause therein,

HEREBY ORDERS that this case is dismissed, with prejudice.

Bond is ordered exonerated (Counsel must submit a order to the Magistrate Judge to disburse funds or release collateral).

　　DATED: March __3__, 2021

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE